IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01583-PAB-KMT

JIMMY RICHARDSON,

    Plaintiff,

v.

DHS DRILLING COMPANY, a Colorado corporation, and
QUICKSILVER RESOURCES, INC., a Delaware corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT QUICKSILVER RESOURCES, INC.**
_____

    This matter comes before the Court on the Joint Motion to Dismiss Claims Against Quicksilver Resources [Docket No. 56].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Joint Motion to Dismiss Claims Against Quicksilver Resources [Docket No. 56] is GRANTED.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Quicksilver Resources, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED October 31, 2014.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge